UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DONNIE R. McCONNELL** | **CIVIL ACTION NO. 13-2926** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JUDGE SHARON MARCHMAN** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including Plaintiff's filings [Doc. Nos. 11 & 12], and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil action be **DISMISSED WITH PREJUDICE**, as frivolous, for failing to state a claim for which relief may be granted, and for seeking money damages from a defendant who is immune from suit pursuant to the provisions of 28 U.S.C. §1915.

**IT IS FURTHER ORDERED** that Plaintiff's civil action, to the extent that it may be construed as a petition for *habeas corpus*, be **DISMISSED** for failing to exhaust available State court remedies.

**MONROE, LOUISIANA,** this 21st day of January, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE