UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DONNIE R. McCONNELL** | **CIVIL ACTION NO. 13-2926** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JUDGE SHARON MARCHMAN** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### CERTIFICATE OF APPEALABILIY

    To the extent that Plaintiff's civil action may be construed as a petition for *habeas corpus* and a final order having been filed, the Court has considered the record in this case, the requirements of 28 U.S.C. § 2253, and the Supreme Court's decision in <u>Slack v. McDaniel</u>, 529 U.S. 473, 478 (2000). After said consideration,

    The certificate of appealability is DENIED because the applicant has failed to show that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.

    **MONROE, LOUISIANA,** this 21st day of January, 2014.

 

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE